UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| CHARLOTTE J. PHIFER and | : | |
| FRANK C. PHIFER, JR., h/w, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 05-4578 (JHR)(AMD) |
| | : | |
| GEORGE W. KAUFFMAN and | : | **ORDER** |
| STEVEN H. ROACH, | : | |
| | : | |
| Defendants. | : | |

This matter having come before the Court on Defendants' Motion for Summary Judgment [14, 15]; and

The Court, having considered the parties' submissions and decided the motion without oral argument pursuant to FED. R. CIV. P. 78; and

For the reasons set forth in this Court's Opinion issued even date,

IT IS ORDERED this 22 day of May, 2007 that Defendants' motion for summary judgment [14,15] is hereby GRANTED.

                                                          /S/ Joseph H. Rodriguez
                                                          JOSEPH H. RODRIGUEZ
                                                             U.S.D.J.